UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA

IN THE MATTER OF:

JASON MICHAEL OSBORN

\*
\*
\*
\*   MISC. CASE NO. 22-1001
\*
\*
\*

## ORDER TO SHOW CAUSE

It has been shown to the Court that the Alabama State Bar has suspended Jason Michael Osborn from the practice of law effective March 14th, 2022 for failure to comply with the 2020 MCLE requirements. Pursuant to Local Rule 83.3 of the United States District Court for the Southern District of Alabama, IT IS ORDERED that said attorney show cause why this Court should not likewise classify counsel.

Unless said attorney files a response within thirty (30) days from the date of this order, counsel shall be suspended accordingly. If a response is filed, said attorney shall be suspended from the bar of this Court until otherwise ordered.

IT IS FURTHER ORDERED that said attorney advise the Clerk of the Court of all pending actions before this Court in which said attorney is counsel of record.

Done this 5th day of May, 2022.

_____
CHARLES R. DIARD, JR.
CLERK OF COURT