# SUPREME COURT OF ALABAMA

JULIA JORDAN WELLER
CLERK OF COURT

MATTHEW J. WARD
ASSISTANT CLERK

LARRY ISRAEL
CHIEF FINANCIAL OFFICER

OFFICE OF THE CLERK
300 DEXTER AVENUE
MONTGOMERY, AL 36104-3741
(334) 229-0700

April 18, 2022

RECEIVED

**VIA HAND DELIVERY**
Mr. Roman A. Shaul
Office of General Counsel
Alabama State Bar
415 Dexter Avenue
Montgomery, AL 36104

APR 20 2022

ALABAMA STATE BAR
OFFICE OF GENERAL COUNSEL

Re:    **Failure to Comply with MCLE Requirements**

Dear Mr. Shaul:

A notation has been entered on the Supreme Court Roll of Attorneys of those licensed to practice law in the state of Alabama that the individuals referenced below are suspended from the practice of law effective March 14, 2022, for failure to comply with the 2020 MCLE requirements of the Alabama State Bar.

Cassidy Lee Anderson (CLE No. 2021-412)
Steven Douglas Andrews (CLE No. 2021-415)
Stephen Andrew Brown (CLE No. 2021-419)
Antonina Marie Carleton (CLE No. 2021-421)
Lanier John Edwards (CLE No. 2021-428)
Jimmy Thomas Howell, Jr. (CLE No. 2021-439)
Bryan Daniel Judah (CLE No. 2021-446)
Carolyn Ngoc Lam (CLE No. 2021-448)
Mark Oliver Loftin (CLE No. 2021-451)
Eric David Logan (CLE No. 2021-452)
Jason Michael Osborn (CLE No. 2021-466)

Harry Bartlett Still III (CLE No. 2021-485)
Todd Stephen Strohmeyer (CLE No. 2021-487)
Teri Christine Tenorio (CLE No. 2021-489)

Sincerely,

Julia Jordan Weller
Clerk of Court
Supreme Court of Alabama

JJW/at